IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARDO JUAREZ : | |
| : | |
| Plaintiff : | |
| : | Case No. 02-4739 |
| v. : | |
| : | |
| CERIDIAN LIFEWORK SERVICES : | |
| : | |
| CERIDIAN CORPORATION : | |
| : | |
| Defendants : | |

**ENTRY OF APPEARANCE**

Kindly enter our appearance on behalf of Defendant, Ceridian Corporation, identified in the Complaint as Ceridian Corporation and Ceridian Lifework Services, with regard to the above captioned action.

Respectfully submitted,

Carolyn P. Short
Identification No. 38199
Erin M. O'Neill
Identification No. 82372
**REED SMITH, LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Attorney for Defendant,
Ceridian Corporation, identified in the
Complaint as Ceridian Corporation and Ceridian
Lifework Services

Dated: August 14, 2002

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies she served a copy of the foregoing Entry of Appearance upon the following counsel of record via United States, first class mail, postage prepaid, this 14th day of August, 2002:

>Alfred J. Falcione, Esquire
>Grady & Falcione, LLP
>225 S. 15th Street, Suite 200
>Philadelphia, PA  19102

_____
Erin M. O'Neill