**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDUARDO JUAREZ                          :
                                        :
                    Plaintiff           :
                                        :    Case No. 02-4739
       v.                               :
                                        :
CERIDIAN LIFEWORK SERVICES              :
                                        :
CERIDIAN CORPORATION                    :
                                        :
                    Defendants          :

**STIPULATION FOR EXTENSION OF TIME**

        IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the

undersigned counsel for Plaintiff Eduardo Juarez and counsel for Defendant Ceridian

Corporation, identified in the Complaint as Ceridian Corporation and Ceridian Lifework

Services, that pursuant to Local Federal Rule of Civil Procedure 7.4(b)(2) the time within which

Defendant may answer the Complaint in the above matter is hereby extended for a period not

exceeding thirty (30) days or until September 4, 2002.  No prior extensions have been granted.


| | |
|---|---|
| Alfred J. Falcione, Esquire | Carolyn P. Short |
| Identification No. 71386 | Identification No. 38199 |
| Grady & Falcione, LLP | Erin M. O'Neill |
| 225 S. 15th Street, Suite 200 | Identification No. 82372 |
| Philadelphia, PA  19102 | **REED SMITH, LLP** |
| | 2500 One Liberty Place |
| Attorney for Plaintiff | 1650 Market Street |
| Eduardo Juarez | Philadelphia, PA 19103 |

Attorney for Defendant,
Ceridian Corporation, identified in the Complaint as
Ceridian Corporation and Ceridian Lifework Services

Dated:  August _____, 2002              Dated August _____, 2002

APPROVED:

_____
Michael E. Kunz
Clerk of Court