**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Eduardo Juarez | : | |
| | : | |
| Plaintiff, | : | No. 02 -CV-4739 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Ceridian Lifework Services, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION FOR EXTENSION TIME IN WHICH TO ANSWER SUMMARY JUDGMENT MOTION OF DEFENDANTS

_____IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel for Plaintiff Eduardo Juarez and counsel for Defendant Ceridian Corporation, identified in the Complaint as Ceridian Corporation and Ceridian Lifework Services, that the time in which Plaintiff has to respond to the Motion for Summary Judgment of Defendants, Ceridian Corporation and Ceridian Lifework Services be extended for an additional fourteen (14) days or until July 30, 2003. In support of this Stipulation, Plaintiff and Defendant state the following:

1. Plaintiff and defendant have begun settlement discussion in an attempt to resolve this matter fully and request the additional time for plaintiff s response so that meaningful settlement discussions can occur prior to filing a response and escalating the legal costs on the matter.

**WHEREFORE,** the parties hereby request that this Court approve their Stipulation and extend the time in which to respond to the Motion for Summary Judgment for a period of fourteen (14) days.

Respectfully submitted,

_____
Alfred J. Falcione, Esquire
I.D. No.: 71386
Grady & Falcione, LLP
225 S. 15th Street, Suite 200
Philadelphia, PA 19102


Attorney for Plaintiff
Eduardo Juarez

Date:

_____
Erin M. O Neill, Esquire
I.D. No.: 82372
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Attorney for Defendant,
Ceridian Corporation

Date:


APPROVED:
BY THE COURT:


_____
Clifford Scott Green, S.J.