IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDUARDO JUAREZ : | |
| : | |
| **Plaintiff** : | |
| : | Case No. 02-4739 |
| v. : | |
| : | |
| **CERIDIAN LIFEWORK SERVICES** : | |
| : | |
| **CERIDIAN CORPORATION** : | |
| : | |
| **Defendants** : | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties, by their respective counsel, stipulate that the above-captioned action is hereby dismissed with prejudice, and each party shall bear its own fees and costs.

_____
Alfred J. Falcione, Esquire
Grady & Falcione, LLP
225 S. 15th Street
Suite 200
Philadelphia, PA 19102

Attorney for Plaintiff
Eduardo Juarez

_____
Sara A. Begley, Esquire
Erin M. O Neill, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103

Attorneys for Defendant
Ceridian Corporation, identified in the
Complaint as Ceridian Corporation and
Ceridian Lifework Services